

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2022

No. 04-21-00472-CR

John Richard **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8792
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellee's Second Motion for Extension of Time to File State's Brief is GRANTED. Appellee is ORDERED to file its brief **no later than May 31, 2022**.


_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court